**UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LASER SPA OF ROCHESTER, LLC, doing business as Spitale Laser Spa Salon** <br><br>                        **Plaintiff,** <br><br> vs. <br><br> **ERIE INSURANCE COMPANY** <br><br>                        **Defendant.** | **Case No: 6:20-cv-06308** |

**NOTICE OF FILING OF NOTICE OF POTENTIAL TAG-ALONG ACTION**

      PLEASE TAKE NOTICE THAT Plaintiff, LASER SPA OF ROCHESTER, LLC, doing business as Spitale Laser Spa Salon, hereby provides notice pursuant to Rule 7.2(a) of the Rule of Procedure of the Judicial Panel on Multidistrict Litigation that on May 18, 2020 it submitted for filing with the Judicial Panel on Multidistrict Litigation a Notice of Potential Related Matter seeking that the case be transferred and consolidated for purposes of coordination of pretrial proceedings with other substantially similar actions.

      A copy of the Notice filed with the JPML is attached hereto as Exhibit 1.

Dated: May 19, 2020

                                                               Respectfully submitted,

                                                              */s/ John E. Richmond*
                                                              John E. Richmond, Esq.
                                                              **RICHMOND VONA, LLC**
                                                              1659 Amherst St., Suite 100
                                                              Buffalo, NY 14214
                                                              Telephone: 716-500-5678
                                                              Facsimile: 716-500-5679
                                                              john@richmondvona.com

Richard M. Golomb, Esq. (*pro hac vice* pending)
Kenneth J. Grunfeld, Esq. (*pro hac vice* pending)
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golombhonik.com
kgrunfeld@golombhonik.com

Arnold Levin, Esq.
Frederick Longer, Esq.
Daniel Levin, Esq.
**LEVIN SEDRAN & BERMAN, L.L.P.**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
alevin@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103
Tel: (334) 269-2343
Fax: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Rachel.Boyd@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com

*Counsel for Plaintiff*