

1835 Market Street
Suite 2900
Philadelphia, PA  19103
Phone:  215-985-9177
Fax:  215-985-4169
www.golombhonik.com

**Kenneth J. Grunfeld**
Partner
kgrunfeld@golombhonik.com

September 22, 2020

<u>**VIA CM/ECF**</u>

Hon. Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

   Re: <u>Laser Spa of Rochester, LLC v. Erie Ins. Co., Case No. 6:20-cv-06308-FPG</u>
     <u>(W.D.N.Y.)</u>

Dear Judge Geraci:

   This firm represents Plaintiff Laser Spa of Rochester, LLC ("Plaintiff") in the above-referenced action.  We are hereby requesting an extension of time to respond to the Defendant's Motion to Dismiss of two (2) weeks.  Counsel for Defendant does not consent to the extension but has indicated that Defendant will not oppose the request.  This extension would give Plaintiff until October 5, 2020 to file opposition papers.

   Today, Plaintiff will also be filing a Motion to Stay pending a ruling from the Judicial Panel on Multidistrict Litigation.  Counsel for Defendant has indicated that Defendant does not consent to the Motion to Stay either, but a grant of the Motion to Stay will obviate the new proposed deadline to respond to the Motion to Dismiss.

   Should the Court have any questions or concerns, please do not hesitate to contact me.  I thank the Court for its time and consideration of this request.

         Respectfully submitted,

         */s/Kenneth J. Grunfeld*

         Kenneth Grunfeld, Esq. (via CM/ECF)



J qp0'Htcpm'R0'I gtcek'Lt0'
Ugr vgo dgt"44."4242"
Rci g"4"

"
"        "        "        "        "        "        "        "

ee<""""""Tkej ctf 'I qnqo d.'Gus 0'*xkc'EO IGEH+"
        "Lqj p'G0Tkej o qpf '*xkc'EO IGEH+"
"        "Tq{'O wtc"*xkc'EO IGEH+"
"

"